

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-17-00359-CR

Ernesto Javier **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRP-000926-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Court reporter Ana L. Alcantar's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on September 7, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk